UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOES 1-21,

        Plaintiffs,

v

MICHIGAN STATE UNIVERSITY; THE MICHIGAN STATE UNIVERSITY BOARD OF TRUSTEES; LAWRENCE GERARD NASSAR (individual capacity only); WILLIAM D. STRAMPEL, D.O. (individual capacity only); JEFFREY R. KOVAN D.O. (individual capacity only); DOUGLAS DIETZEL, D.O. (individual capacity only); KATHIE KLAGES (individual Capacity only); GARY E. STOLLAK (individual capacity only); BROOKE LEMMEN, D.O. (individual capacity only); DESTINY TEACHNOR-HAUK (individual capacity only); LIANNA HADDEN (individual capacity only); USA GYMNASTICS, INC.; STEVE PENNY; TWISTARS USA, INC. d/b/a GEDDERTS' TWISTARS USA GYMNASTICS CLUB, DEBRA VAN HORN, JOHN GEDDERT and UNITED STATES OLYMPIC COMMITTEE,

        Defendants.

Case No.: 1:18-cv-01038

Hon. Gordon J. Quist

---

Michael L. Pitt (P24429)
Megan A. Bonanni (P52079)
Beth M. Rivers (P33614)
Robin B. Wagner (P79408)
PITT, McGEHEE, PALMER & RIVERS. P.C.
Attorneys for Plaintiffs Jane Does 1-21
117 W. Fourth Street, Suite 200
Royal Oak, MI  48067
248-398-9800
mpitt@pittlawpc.com
mbonanni@pittlawpc.com
brivers@pittlawpc.com
rwagner@pittlawpc.com

**PLAINTIFFS' CONCURRENCE TO PLAINTIFF'S RESPONSE IN OPPOSITION TO JOINT MOTION OF MICHIGAN STATE UNIVERSITY, THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, MICHIGAN STATE UNIVERSITY SPORTS MEDICINE CLINIC, AND THE SETTLING PLAINTIFFS TO AMEND THE CONFIDENTIALITY AND PROTECTIVE ORDER**

**NOW COMES** Plaintiffs Jane Does 1-21, by and though their attorneys, Pitt McGehee Palmer & Rivers, P.C., and hereby concur with Plaintiff's Response in Opposition to Joint Motion of Michigan State University, The Board of Trustees of Michigan State University, Michigan State University Sports Medicine Clinic, and the Settling Plaintiffs to Amend the Confidentiality and Protective Order, Case 1:18-cv-00732-GJQ-ESC, ECF No. 76, filed today by The Mike Cox Law Firm, PLLC on behalf of Plaintiff Jane K.K. Doe attached as Exhibit 1.

Respectfully Submitted,

*By:/s/ Michael L. Pitt*
Michael L. Pitt (P24429)
Megan A. Bonanni (P52079)
Beth M. Rivers (P33614)
Robin B. Wagner (P79408)
PITT, McGEHEE, PALMER & RIVERS. P.C.
Attorneys for Plaintiffs Jane Does 1-21
117 W. Fourth Street, Suite 200
Royal Oak, MI  48067
248-398-9800

Dated: September 21, 2018

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court (Western District) through the ECF filing system and that all parties to the above cause was served via the ECF filing system on September 21, 2018.

Signature:__/s/ Regina Bell___
117 W. Fourth Street, Suite 200
Royal Oak, Michigan 48067
(248) 398-9800
rbell@pittlawpc.com