IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al.  Plaintiffs,  v.  MICHIGAN STATE UNIVERSITY, et al.,  Defendants. | Lead Case No. 1:17-cv-00029-GJQ-ESC  Member Case No. 1:18-cv-00978-GJQ-ESC  Hon. Gordon J. Quist |

## ORDER GRANTING PLAINTIFF'S MOTION AND BRIEF FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AS TO DEFENDANTS MICHIGAN STATE UNIVERSITY, THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, MSU SPORTS MEDICINE, DOUGLAS DIETZEL, KATHIE KLAGES, JEFFREY KOVAN, WILLIAM STRAMPEL, AND DESTINY TEACHNOR-HAUK

Plaintiff's Motion and Brief for Voluntary Dismissal with Prejudice of Claims as to Defendants Michigan State University, the Board of Trustees of Michigan State University, MSU Sports Medicine, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, William Strampel, and Destiny Teachnor-Hauk is GRANTED. All of Plaintiff Jane Doe MJ's claims against Defendants Michigan State University, the Board of Trustees of Michigan State University, MSU Sports Medicine, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, William Strampel, and Destiny Teachnor-Hauk in member case *Jane Doe MJ v. Michigan State University*, et al., No. 1:18-cv-00978 are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 3, 2019

/s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE