IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KYLIE DICKMAN, )
) Lead Case No. 1:17-cv-00029-GJQ-ESC
Plaintiff, )
)
) Member Case No. 1:18-cv-01296-GJQ-
v. ) ESC
)
MICHIGAN STATE UNIVERSITY, ) Hon. Gordon J. Quist
et al., )
)
)
Defendants. )
)
)

## ORDER GRANTING PLAINTIFF'S MOTION AND BRIEF FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AS TO DEFENDANTS MICHIGAN STATE UNIVERSITY, THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, KATHIE KLAGES, JEFFREY KOVAN, GARY STOLLAK, WILLIAM STRAMPEL, AND DESTINY TEACHNOR-HAUK

Plaintiff's Motion and Brief for Voluntary Dismissal with Prejudice of Claims as to Defendants Michigan State University, the Board of Trustees of Michigan State University, Kathie Klages, Jeffrey Kovan, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk is GRANTED. All of Plaintiff Kylie Dickman's claims against Defendants Michigan State University, the Board of Trustees of Michigan State University, Kathie Klages, Jeffrey Kovan, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk in member case *Dickman v. Michigan State University, et al.*, No. 1:18-cv-01296, are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 3, 2019         /s/ Gordon J. Quist
                                 GORDON J. QUIST
                                 United States District        Judge