IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al. | ) |
|                 Plaintiffs, | ) Lead Case No.: 1:17-cv-00029-GJQ-ESC |
| v. | ) Member Case Nos.: |
| | )       1:17-cv-00222-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, et al., | )       1:17-cv-00288-GJQ-ESC |
| | )       1:17-cv-00349-GJQ-ESC |
| | )       1:18-cv-01029-GJQ-ESC |
|                 Defendants. | ) |
| | ) Hon. Gordon J. Quist |

**ORDER GRANTING MINOR PLAINTIFFS' MOTION AND
BRIEF FOR VOLUNTARY DISMISSAL WITH PREJUDICE
OF CLAIMS AGAINST THE MSU DEFENDANTS**

Minor Plaintiffs' Motion and Brief for Voluntary Dismissal with Prejudice of Claims Against the MSU Defendants is GRANTED.

All claims of Minor Plaintiffs A.G. by Next Friend Tony Guererro; C.Z./Jane B23 Doe by Next Friend Ron Zerfas; Jane B26 Doe by Next Friend Jane B26NF Doe; Jane B35 Doe by Next Friend Jane B35NF Doe; Jane B57 Doe by Next Friend Jane B57NF Doe, and A.W./Jane B69 Doe by Next Friend Michelle Weiszbrod against Defendants Michigan State University, the Board of Trustees of Michigan State University, Douglas Dietzel, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk (the "MSU Defendants") in member cases *Boyce, et al. v. Michigan State University, et al.*, No. 1:17-cv-00222, *Doe, et al. v. Michigan State Univ.*,

*et al.*, 1:17-cv-00288, *Doe, et al. v. Michigan State Univ., et al.*, 1:17-cv-00349, and *Boyce, et al. v. Michigan State Univ., et al.*, 1:18-cv-01029, are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 3, 2019          /s/ Gordon J. Quist
                                  GORDON J. QUIST
                                  United States District Judge