IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENHOLLANDER, et al. | ) |
|  Plaintiffs, | ) Lead Case No. 1:17-cv-00029-GJQ-ESC |
| v. | ) Member Case No. 1:18-cv-00998-GJQ-ESC |
| MICHIGAN STATE UNIVERSITY, et al., | ) Hon. Gordon J. Quist |
|  Defendants | ) |

## ORDER GRANTING PLAINTIFF'S MOTION AND BRIEF FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS AS TO DEFENDANTS MICHIGAN STATE UNIVERSITY, THE BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY, KATHIE KLAGES, JEFFREY KOVAN, BROOKE LEMMEN, KRISTINE MOORE, GARY STOLLAK, WILLIAM STRAMPEL, AND DESTINY TEACHNOR-HAUK

Plaintiff'sMotion and Brief for Voluntary Dismissal with Prejudice of Claims as to Defendants Michigan State University, the Board of Trustees of Michigan State University, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Kristine Moore, Gary Stollak, William Strampel, and Destiny Teachnor-Haukis GRANTED. All of Plaintiff Claire-Brenton Miller'sclaims against DefendantsMichigan State University, the Board of Trustees of Michigan State University, Kathie Klages, Jeffrey Kovan, Brooke Lemmen, Kristine Moore, Gary Stollak, William Strampel, and Destiny Teachnor-Hauk in member case *Brenton-Miller v. Michigan State University, et al.*, No. 1:18-cv-00998,are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 3, 2019

\_\_\_/s/ Gordon J. Quist_____
GORDON J. QUIST
United States District Judge